UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
**Moshe Tabak,**

       **Plaintiffs,**

                             **1:13-cv-04347-RRM-SMG**

      **v.**

**Viking Client Services, Inc,**

       **Defendants.**
---------------------------------------------------------------------x

## NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFFS PURSUANT TO RULE 41(a)(1)(A)(i)

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendant have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members.

Dated:  Brooklyn, New York  
         November 17, 2013

Respectfully submitted,

LAW OFFICES OF DAVID PALACE

By: /s/ David Palace  
383 Kingston Ave, #113  
Brooklyn, NY 11213  
Tel: (347) 651-1077  
Fax: (347) 464-0012

*Attorneys for Plaintiff*